FILED
2016 Jan-27  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| ALFRED FORD | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF REGISTRATION OF JUDGMENT

The plaintiff, United States of America, by counsel, Joyce White Vance, United States Attorney, and Lane Hines Woodke, Assistant United States Attorney, respectfully gives notice of the registration of a judgment against the defendant, Alfred Ford, pursuant to 42 U.S.C. § 292f(h)(3) which provides that:

> STATE COURT JUDGMENTS - - With respect to any State Court judgment that is obtained by a lender or holder against a borrower for default on a loan insured under this subpart and that is subrogated to the United States under subsection (b) of this section, any United States attorney may register such judgment with the Federal Courts for enforcement.

Pursuant to the foregoing provisions, the United States respectfully notifies the Court and the defendant that the following judgment is being registered with the United States District Court for the Northern District of Alabama:

> HICA Education Loan Corporation v. Alfred Ford,
> Case No. DV-2010-905089.00 (Circuit Court of Jefferson County, Alabama, June 30, 2011, assigned to the United States on January 12, 2016).

A certified copy of the State court judgment and a copy of the assignment of judgment to the United States of America is attached hereto.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney

Lane Hines Woodke
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be mailed to defendant

by first class United States mail properly addressed and postage prepaid on this the

___27th___ day of _January_ , 2016.


_____
Lane Hines Woodke
Assistant United States Attorney



U. S. Department of Justice
Joyce White Vance
United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203-2101
Telephone: (205) 244-2001
Fax: (205) 244-2184

AVSO312

ALABAMA JUDICIAL DATA CENTER
JEFFERSON       COUNTY
CERTIFICATE OF JUDGMENT

DV 2010 905089.00
ROBERT P. BYNON, JR.

```
|----------------------------------------------------------------------------|
|                                                                            |
|              IN THE DISTRICT COURT OF JEFFERSON        COUNTY              |
|                                                                            |
| HICA EDUCATION LOAN CORPORATION V. ALFRED FORD                            |
|                                                                            |
|                                                                            |
|                                                                            |
|     DEFENDANT                               PARTY`S ATTORNEY:              |
|                                                                            |
|     FORD ALFRED                          *** PRO SE ***                    |
|     ██████████████████████                                                |
|     ██████████████████████                                                |
|                                                                            |
|                                                                            |
|   I, ANNE-MARIE ADAMS        , CLERK OF THE ABOVE NAMED COURT HEREBY       |
|                                                                            |
| CERTIFY THAT ON 06/30/2011 PLAINTIFF,      HICA EDUCATION LOAN CO RECOVERED|
|                                                                            |
| OF DEFENDANT IN SAID COURT A JUDGMENT  WITHOUT WAIVER OF EXEMPTIONS FOR THE|
|                                                                            |
| SUM OF       $4,702.23 DOLLARS PLUS        $326.00 DOLLARS COURT COSTS, AND|
|                                                                            |
| THAT THE  PLAINTIFF'S     ATTORNEY(S) OF RECORD WAS:                       |
| CLINTON JAMES PAUL                                                         |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|   GIVEN UNDER MY HAND THIS DATE 08/16/2011                                 |
|                                                                            |
|                                                                            |
|                          CLERK:ANNE-MARIE ADAMS                            |
|                             716 R.ARRINGTON BLVD N                         |
|                             BIRMINGHAM   AL   35203                        |
|                             (205)325-5331                                  |
|                                                                            |
|----------------------------------------------------------------------------|
```

OPERATOR: ALD
PREPARED: 08/16/2011

PLAINTIFF`S ATTORNEY:

CLINTON JAMES PAUL
PO BOX 991801
MOBILE   AL   36691



ELECTRONICALLY FILED
6/30/2011 1:52 PM
DV-2010-905089.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

HICA EDUCATION LOAN CORPORATION,    )
                    Plaintiff,    )
                            )
          v.    )    Case No.:   DV-2010-905089.00
                            )
FORD ALFRED,    )
                 Defendant.    )

ORDER

Entry of default against Defendant.

Judgment by default for Plaintiff and against Defendant for $4,702.23 without waiver of exemption as to personal property and with costs of Court.

DONE this 30th day of June, 2011

/s/ ROBERT P. BYNON, JR.
_____

DISTRICT JUDGE

**SallieMae**
www.SallieMae.com

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

Account Number: ▓▓▓▓▓▓▓▓▓▓ ▓

DIS CIVIL CT JEFFERSON CNTY
716 RICHARD ARRINGTO
N JR. BLVD NORTH
BIRMINGHAM          AL   35203

Dear DIS CIVIL CT JEFFERSON CNTY:                          11/04/11

I, Diane Klinges, representing
HICA EDUCATION LOAN CORPORATION, in consideration of the
funds paid by the United States of America, hereby assign to the
assignee, the judgement recovered on 08/19/11 docketed
in Jefferson, Alabama, Case No. DV 2010-905089,
against ALFORD FORD.

Assignor authorizes the United States of America to ask, demand,
receive and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The assigenor's address is: HICA EDUCATION LOAN CORPORATION,
3900 W TECHNOLOGY CIRCLE,  SIOUX FALLS, SD,
57106.

Phone:  (605) 361-5051.

The Assignee's contact information is:
U. S. Department of Health and Human Services,
Debt Management Branch,
5600 Fishers Lane, Room 8B-45, Rockville, MD 20857
Phone: 301-443-1782.

I have executed this assignment at HICA EDUCATION LOAN CORPORATION,
on 11/04/11.

Diane Klinges
_____
        (typed name of the signee)

Para comunicarse en Espanol con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

942961942055915096